UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Justin Douglas Cox**

Case No. 10-80914- -
Chapter 7

Social Security No.:
XXX-XX-6550
Address:
104 Isleworth Pl., Aberdeen, NC 28315-2237

Debtor

## DEBTOR'S MOTION TO MODIFY SCHEDULING ORDER

The Debtor, by and through undersigned counsel, hereby moves this Honorable Court to modify the Scheduling Order issued August 30, 2010, and in support of said request, would show as follows:

1. On August 19, 2010, this court held a pre-trial scheduling conference concerning the Bankruptcy Administrator's Motion to Dismiss.

2. On August 30, 2010, this Court issued a Scheduling Order. Per the terms of the Scheduling Order, discovery closed on December 14, 2010.

3. The parties have conferred and agree that the existing discovery period is not sufficient to complete the necessary discovery in this case, the Debtor would request that all deadlines referenced the Original Scheduling Order be extended by 30 days. Accordingly, the Debtor's request that the Scheduling Order be modified as follows:

|  | Current Dates | Proposed Dates |
| --- | --- | --- |
| Discovery Closed | December 14, 2010 | January 13, 2011 |
| Deadline for Filing Dispositive Motions | January 7, 2011 | February 7, 2011 |
| Final pre-trial conference if no dispositive motions filed | January 7, 2011 | Court's next regular session in Durham after February 7, 2011 |

WHEREFORE, the Debtor respectfully request that this Honorable Court grant the Debtor's Motion to Modify Scheduling Order and such other relief as the court deems proper.

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

_____

Koury L. Hicks
NC Bar # 36204
Attorney for Debtors
6616 Six Forks Road, Ste. 203
Raleigh, N.C. 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Koury L. Hicks, of the Law Offices of John T. Orcutt, P.C., certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on December 16, 2010, I served copies of the attached Motion by automatic electronic noticing upon the Bankruptcy Administrator and Chapter 7 Trustee assigned to this case.

_____

/s/Koury L. Hicks
Koury L. Hicks