UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Justin Douglas Cox**

Case No. 10-80914- -
Chapter 7

Social Security No.:
Xxx-xx-6550
Address:
104 Isleworth Pl., Aberdeen, NC 28315-2237

Debtor

**ORDER**

The Debtor's amended motion for modification of the court's August 30, 2010 Scheduling Order having come on to be heard, and upon due consideration, the Court finds good cause for such modification. The following deadlines shall now be in effect:

| Discovery Closed | January 13, 2011 |
|---|---|
| Deadline for Filing Dispositive Motions | February 7, 2011 |
| Final pre-trial conference if no dispositive motions filed | February 10, 2011 at 10:00 A.M. |